UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB<br><br>MDL No. 1699 |
| This Order Relates to: | [PROPOSED] **PRETRIAL ORDER NO. 31B: APPLICATION OF PRETRIAL ORDER NO. 31 TO CERTAIN ADDITIONAL PLAINTIFFS** |

| | |
|---|---|
| Bass, Will | 06-0087 CRB |
| Benham, Jean | 06-1689 CRB |
| Bush, Louise | 06-2431 CRB |
| Counts, Junior | 06-2081 CRB |
| Croft, Richard | 06-1901 CRB |
| Davis, David L. | 08-1858 CRB |
| Duke, Robert | 07-0056 CRB |
| Gennaro, Anthony | 06-3037 CRB |
| Greer, Julie | 08-1858 CRB |
| Griffith, Barbara | 06-5577 CRB |
| Halley, Jonathan | 05-4781 CRB |
| Hare, Clarice | 05-4735 CRB |
| Haynes, Patrick | 06-2443 CRB |
| Hubble, Judith | 06-0087 CRB |
| Lachney, Earl | 06-3094 CRB |
| Lewis, Robert | 08-0220 CRB |
| Mackey, Anita | 06-7628 CRB |
| Martinez, Edna | 07-1125 CRB |
| McMillion, Randolph | 07-0473 CRB |
| Nolan, Lecia | 06-2434 CRB |
| Olmsted, Clara | 08-1858 CRB |
| Perkins, Merlvin | 05-4781 CRB |
| Ralph, Heathere | 06-2436 CRB |
| Taylor, Martha | 06-0087 CRB |
| White, James | 07-0473 CRB |
| White, William | 06-7739 CRB |

-1-

EAST\42506600.1
013415-000401

[PROPOSED] PRETRIAL ORDER NO. 31B: APPLICATION OF PRETRIAL ORDER NO. 31 TO CERTAIN ADDITIONAL PLAINTIFFS – M:05-CV-01699-CRB

1.       This Order shall apply to all Plaintiffs listed in the caption hereto.

2.       Such plaintiffs shall be required to comply with Pretrial Order No. 31 ("PTO 31") in its entirety. Each such plaintiff shall serve a completed Docket Data Sheet (attached to PTO 31 as Exhibit B) on Pfizer by Tuesday, September 22, 2009 by Federal Express or email at the following address:

> Michelle Sadowsky, Esq.
> Attn: Bextra/Celebrex MDL Docket Data Sheet
> DLA PIPER LLP (US)
> 1251 Avenue of the Americas
> New York, NY 10021
> michelle.sadowsky@dlapiper.com

3.       All other provisions of PTO 31 shall apply to these plaintiffs.

**IT IS SO ORDERED.**

Dated: July 30, 2009

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-2-

EAST\42506600.1
013415-000401

[PROPOSED] PRETRIAL ORDER NO. 31B: APPLICATION OF PRETRIAL ORDER NO. 31 TO CERTAIN ADDITIONAL PLAINTIFFS – M:05-CV-01699-CRB