IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| This document relates to: | JUDGE CHARLES L. BREYER |
| Shirley A. Allen　　　　　3:06-cv-2646<br>Will Bass, Sr.　　　　　　3:06-cv-0087<br>Pearly Belcher　　　　　　3:06-cv-2081<br>Jean M. Benham, et al.　　3:06-cv-1689<br>James Boatwright　　　　3:06-cv-2443<br>Louise Bush　　　　　　　3:06-cv-2431<br>Timothy Clawson, et al.　3:06-cv-4046<br>Paul R. Click　　　　　　3:05-cv-4779<br>Junior Counts　　　　　　3:06-cv-2081<br>Richard Croft　　　　　　3:06-cv-1901<br>Robert C. Duke, et al.　　3:07-cv-0056<br>Kay Goins　　　　　　　　3:08-cv-1858<br>Jonathan Halley　　　　　3:05-cv-4781<br>Clarice Hare　　　　　　　3:05-cv-4735<br>Patrick Haynes　　　　　　3:06-cv-2443<br>Mary Hicks, et al.　　　　3:06-cv-6081<br>Juana Lopez　　　　　　　3:06-cv-2101<br>Anita P. Mackey　　　　　3:06-cv-7628<br>Lecia Nolan　　　　　　　3:06-cv-2434<br>Clara Olmsted　　　　　　3:08-cv-1858<br>Merlvin Perkins　　　　　3:05-cv-4781<br>Heathere Ralph　　　　　3:06-cv-2436<br>Bobby Jo Simbulan　　　　3:06-cv-2101<br>John Sousan　　　　　　　3:06-cv-0087<br>Martha Taylor　　　　　　3:06-cv-0087<br>James White, et al.　　　　3:06-cv-2864 | ~~PROPOSED~~ ORDER TO WITHDRAW AS COUNSEL |

**PROPOSED ORDER TO WITHDRAW AS COUNSEL**

Plaintiff's counsel, Beasley, Allen, Crow, Methvin, Portis and Miles, P.C., along with each referring attorney and/or co-counsel for the above named Plaintiffs, through Navan Ward, Jr., move for leave to withdraw as counsel of record for each of the above listed Plaintiffs. Beasley, Allen, Crow, Methvin, Portis and Miles, P.C., has set forth appropriate grounds based on

personality conflict between Plaintiff and Plaintiff's counsel, making it unreasonably difficult for the firms to continue to represent the above listed Plaintiffs in their actions.

Therefore, Beasley, Allen, Crow, Methvin, Portis and Miles, P.C.'s Motion to Withdraw is hereby granted.

**IT IS SO ORDERED.**

Dated __JUL 3 1 2009__, 2009

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE