IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| This document relates to: | JUDGE CHARLES L. BREYER |
| Shirley A. Allen           3:06-cv-2646<br>Will Bass, Sr.              3:06-cv-0087<br>Pearly Belcher             3:06-cv-2081<br>Jean M. Benham, et al.    3:06-cv-1689<br>James Boatwright          3:06-cv-2443<br>Louise Bush                 3:06-cv-2431<br>Timothy Clawson, et al.   3:06-cv-4046<br>Paul R. Click               3:05-cv-4779<br>Junior Counts              3:06-cv-2081<br>Richard Croft              3:06-cv-1901<br>Robert C. Duke, et al.     3:07-cv-0056<br>Kay Goins                   3:08-cv-1858<br>Jonathan Halley           3:05-cv-4781<br>Clarice Hare               3:05-cv-4735<br>Patrick Haynes            3:06-cv-2443<br>Mary Hicks, et al.         3:06-cv-6081<br>Juana Lopez                3:06-cv-2101<br>Anita P. Mackey            3:06-cv-7628<br>Lecia Nolan                 3:06-cv-2434<br>Clara Olmsted              3:08-cv-1858<br>Merlvin Perkins           3:05-cv-4781<br>Heathere Ralph           3:06-cv-2436<br>Bobby Jo Simbulan        3:06-cv-2101<br>John Sousan                3:06-cv-0087<br>Martha Taylor              3:06-cv-0087<br>James White, et al.        3:06-cv-2864 | ~~PROPOSED~~ ORDER TO FILE AFFIDAVIT UNDER SEAL |

**PROPOSED ORDER TO FILE AFFIDAVIT UNDER SEAL**

Plaintiff's counsel, Beasley, Allen, Crow, Methvin, Portis and Miles, P.C. along with each referring attorney and/or co-counsel for the above named Plaintiff, through Navan Ward, Jr., moved for leave to file the Affidavit Under Seal in support of its Motion to Withdraw as Counsel for each of the above listed Plaintiffs. Plaintiff's counsel has set forth appropriate grounds to file

an Affidavit Under Seal in order to protect the sensitive and confidential nature of the attorney-client communications between Plaintiff and Plaintiff's counsel.

Therefore, Beasley, Allen, Crow, Methvin, Portis and Miles, P.C.'s Motion to file Affidavit Under Seal is hereby granted.

**IT IS SO ORDERED.**

Dated   JUL 3 1 2009   , 2009

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE