| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 05-CV-01699 CRB<br><br>MDL No. 1699 |
|---|---|
| This Document Relates To: | [~~PROPOSED~~] SUPPLEMENTAL ORDER REGARDING PLAINTIFF'S MOTION TO WITHDRAW |

| | |
|---|---|
| Allen, Shirley | 06-2646 CRB |
| Bass, Sr., Will | 06-0087 CRB |
| Belcher, Pearly | 06-2081 CRB |
| Benham, Jean M | 06-1689 CRB |
| Boatwright, James M. | 06-2443 CRB |
| Bush, Louise | 06-2431 CRB |
| Clawson, Timothy, et al. | 06-4046 CRB |
| Click, Paul | 05-4779 CRB |
| Counts, Junior | 06-2081 CRB |
| Croft, Richard | 06-1901 CRB |
| Duke, Robert C., et al. | 07-0056 CRB |
| Goins, Kay F. | 08-1858 CRB |
| Halley, Jonathan | 05-4781 CRB |
| Hare, Clarice | 05-4735 CRB |
| Haynes, Patrick | 06-2443 CRB |
| Hicks, Mary, et al. | 06-6081 CRB |
| Lopez, Juana | 06-2101 CRB |
| Mackey, Anita P. | 06-7628 CRB |
| Nolan, Lecia | 06-2434 CRB |
| Olmsted, Clara | 08-1858 CRB |
| Perkins, Merlvin | 05-4781 CRB |
| Ralph, Heathere | 06-2436 CRB |
| Simbulan, Bobby Jo | 06-2101 CRB |
| Sousan, John | 06-0087 CRB |
| Taylor, Martha | 06-0087 CRB |
| White, James et al. | 06-2864 CRB |

On August 3, 2009, this Court issued an Order granting Plaintiffs' Counsel's motion to withdraw, filed on July 30, 2009, Docket No. 3096.  *See* Docket No. 3106 ("the Withdrawal Order").  All of the plaintiffs subject to the Withdrawal Order are subject to Pretrial Order No. 31, Docket No. 2571 ("PTO 31") as a function of either Pretrial Order No. 31A, Docket No. 3023 or Pretrial Order No. 31B, Docket No. 3094 (collectively, "the PTO 31 Orders").  Moreover, sixteen of the plaintiffs subject to the Withdrawal Order are subject to the PTO 31 Compliance Motion No. 3 Pfizer filed on July 31, 2009, Docket No. 3100.

Because Plaintiffs' Counsel's motion to withdraw was not accompanied by a simultaneous appearance of substitute counsel or agreement of the party to appear *pro se*, and to minimize any delay Plaintiffs' Counsel's withdrawal might cause on the conduct of the litigation, the Court hereby issues this Supplemental Order pursuant to Northern District Civil Local Rule 11-5(b), making Plaintiffs' Counsel's withdrawal conditional on the following:

1. If Plaintiffs' Counsel has not already done so, Plaintiffs' Counsel must provide notice to all plaintiffs subject to the Withdrawal Order that they are subject to the PTO 31 Orders and inform them that failure to comply with PTO 31 will result in their cases being dismissed with prejudice.

2. Pfizer may serve the plaintiffs subject to the Withdrawal Order with any pleadings in this litigation, including any PTO 31 compliance motions or motions to dismiss, by electronically filing its motion papers via ECF.

3. Plaintiffs' Counsel shall forward any such pleadings to plaintiffs subject to the Withdrawal Motion until the appearance of substitute counsel or a notice that the plaintiff wishes to appear *pro se*.

**IT IS SO ORDERED.**

Dated:  August 18, 2009



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] SUPPLEMENTAL ORDER REGARDING PLAINTIFF'S MOTION TO WITHDRAW – M:05-CV-01699-CRB