IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**SECOND SUPPLEMENTAL ORDER RE: MOTION TO WITHDRAW AS COUNSEL** |

*This document relates to:*

| | |
|---|---|
| Shirley A. Allen, | 3:06-cv-2646 |
| Will Bass, Sr., | 3:06-cv-0087 |
| Pearly Belcher, | 3:06-cv-2081 |
| Jean M. Benham, et al., | 3:06-cv-1689 |
| James Boatwright, | 3:06-cv-2443 |
| Louise Bush, | 3:06-cv-2431 |
| Timothy Clawson, et al., | 3:06-cv-4046 |
| Paul R. Click, | 3:05-cv-4779 |
| Junior Counts, | 3:06-cv-2081 |
| Richard Croft, | 3:06-cv-1901 |
| Robert C. Duke, et al., | 3:07-cv-0056 |
| Kay Goins, | 3:08-cv-1858 |
| Jonathan Halley, | 3:05-cv-4781 |
| Clarice Hare, | 3:05-cv-4735 |
| Patrick Haynes, | 3:06-cv-2443 |
| Mary Hicks, et al., | 3:06-cv-6081 |
| Juana Lopez, | 3:06-cv-2101 |
| Anita P. Mackey, | 3:06-cv-7628 |
| Lecia Nolan, | 3:06-cv-2434 |
| Clara Olmsted, | 3:08-cv-1858 |
| Merlvin Perkins, | 3:05-cv-4781 |
| Heathere Ralph, | 3:06-cv-2436 |
| Bobby Jo Simbulan, | 3:06-cv-2101 |
| John Sousan, | 3:06-cv-0087 |
| Martha Taylor, | 3:06-cv-0087 |
| James White, et al., | 3:06-cv-2864 |

_____/

1  On August 3, 2009, this Court issued an Order granting Plaintiffs' counsel's motion to
2 withdraw, filed on July 30, 2009, Docket No. 3096.  On August 19, 2009, this Court issued a
3 Supplemental Order explaining Plaintiffs' and counsel's continued obligations as to Pretrial
4 Order No. 31.  In order to further clarify Plaintiffs' status in light of the Court's having
5 granted counsel's motion to withdraw, the Court further ORDERS PLAINTIFFS TO SHOW
6 CAUSE as to why Plaintiffs' lawsuits should not be dismissed for a lack of prosecution.  <u>See</u>
7 Fed. R. Civ. P. 41.  If Plaintiffs wish to contest the dismissal of Plaintiffs' lawsuits for failure
8 to prosecute, Plaintiffs shall notify the Court **in writing** on or before **September 25,  2009** of
9 the reasons the cases should not be dismissed.  If Plaintiffs will be proceeding without a
10 lawyer, Plaintiffs must advise the Court of how the Court should contact Plaintiffs.

11  Plaintiffs are warned that Plaintiffs' failure to communicate with the Court in writing
12 as set forth above may result in dismissal of Plaintiffs' claims with prejudice.

13  Plaintiffs' counsel shall ensure that Plaintiffs receive a copy of this Order, the original
14 Order granting withdrawal on August 3, 2009, and the Supplemental Order of August 19,
15 2009.

16  **IT IS SO ORDERED.**

17 Dated: August 28,  2009

 HONORABLE CHARLES R. BREYER
19  United States District Judge