UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
| | **ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to: | |
| Will Bass, Sr.                            06-0087 CRB<br>Jean M. Benham, et al.               06-1689 CRB<br>Louise Bush                            06-2431 CRB<br>Ethel L. Cook                          05-4779 CRB<br>Junior Counts                         06-2081 CRB<br>Richard Croft                          06-1901 CRB<br>David L. Davis                        08-1858 CRB<br>Robert C. Duke, et al.               07-0056 CRB<br>Julie E. Greer                         08-1858 CRB<br>Wayne A. Gunnison                 06-3665 CRB<br>Jonathan Halley                       05-4781 CRB<br>Clarice Hare                           05-4735 CRB<br>Earl J. Lachney                        06-3094 CRB<br>Robert Lewis                          08-0220 CRB<br>Randolph D. McMillion, et al.   07-0473 CRB<br>Lecia Nolan                            06-2434 CRB<br>Clara Olmsted                        08-1858 CRB<br>Heathere Ralph                      06-2436 CRB<br>Martha Taylor                        06-0087 CRB | |

- 1 -
ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB

| | |
|---|---|
| 1 | The Court ordered the plaintiffs identified in the caption to show cause why their actions |
| 2 | should not be dismissed for lack of prosecution. As of the date of the hearing on the show cause |
| 3 | order, no plaintiff listed in the caption has responded to the Court's order and no plaintiff |
| 4 | appeared at the show cause hearing. Accordingly, the actions identified in the above caption are |
| 5 | DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41. |
| 6 | **IT IS SO ORDERED.** |
| 7 | Dated: September 25, 2009 |
| 8 | HONORABLE CHARLES R. BREYER<br>UNITED STATES DISTRICT JUDGE |

- 2 -

ORDER OF DISMISSAL WITH PREJUDICE – M:05-CV-01699-CRB